IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10535
Conference Calendar
_____


DIAMOND WATSON, IV,

                                          Plaintiff-Appellant,

versus

LIEUTENANT MEACHEM;
SERGEANT WATSON,

                                          Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:97-CV-175
- - - - - - - - - -
February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

    Diamond Watson, IV, Texas prisoner # 658895, appeals the

dismissal of his civil rights suit pursuant to 28 U.S.C.

§ 1915(e).  Having reviewed the record and Watson's appellate

brief, we AFFIRM, for essentially the reasons set forth by the

_____

    [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

    [**]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

magistrate judge.[3]  <u>Watson v. Meachem</u>, No. 2:97-CV-175 (N.D. Tex.
Mar. 12, 1998).

    AFFIRMED.

---

[3] Watson consented to proceed before the magistrate judge
pursuant to 28 U.S.C. § 636(c).